UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                          :
                                                                :    Case No. 11-15816 (SMB)
    15-35 ELK L.I.C. INC.,                          :
                                                                :    Chapter 11
                                            Debtor.    :
------------------------------------------------------------------X

## ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASE

    15-35 ELK L.I.C. Inc., the Debtor, having filed a motion (the "Motion"), seeking a final decree closing this chapter 11 case pursuant to 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022; and together with all the related filings in connection with this matter; and after due deliberation and sufficient cause appearing therefore, it is hereby

    **ORDERED**, that pursuant to the provisions of Bankruptcy Rule 3022, the above Chapter 11 case be, and the same hereby is closed, and a final decree is hereby issued; and it is further

    **ORDERED,** that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930 and any applicable interest pursuant to 31 U.S.C. § 3717, within (10) ten days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating cash disbursements for the relevant period.

Dated: August 18th, 2015

NO OBJECTION:
U.S. TRUSTEE for the
SOUTHERN DISTRICT OF NEW YORK


By: _____
    Serene Nakano


                                       /s/ STUART M. BERNSTEIN_____
                                       **STUART M. BERNSTEIN**
                                       **UNITED STATES BANKRUPTCY JUDGE**